v.

DEPARTMENT OF THE ARMY, Respondent.

No. 02–3161.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2002.

Erwin Pfister GENERAL–BAUUNTERNEHMUNG, Appellant,

v.

Thomas E. WHITE, Secretary of the Army, Appellee.

No. 01–1638.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2002.

Before MAYER, Chief Judge, RADER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.